UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL CLIFF,

        Petitioner,

v.                                                                        Case No. 4:21-cv-11266
                                                  Honorable F. Kay Behm

G. MINIARD,

        Respondent.
_____/

**ORDER DENYING MOTION TO STAY PROCEEDINGS AND HOLD PETITION FOR A WRIT OF HABEAS CORPUS IN ABEYANCE**

        Before the Court is Petitioner Daryl Cliff's Motion to Stay Proceedings and Hold Petition of Habeas Corpus in Abeyance. (ECF No. 14.) In 2021, Petitioner filed a habeas petition in this Court under 28 U.S.C. § 2254. On July 7, 2024, the Court entered an opinion and order denying his claims on the merits, dismissing the petition, and closing the case. Petitioner now asks the Court to stay the proceedings so that he may return to the state courts to exhaust ineffective assistance of counsel claims. Because the Court has already denied the habeas petition and closed the case, the motion to stay is **DENIED**.

        This case remains closed.

        **SO ORDERED**.

Dated: October 14, 2025                        s/F. Kay Behm
                                                        F. Kay Behm
                                                          United States District Judge